the Court of Appeal, First Circuit, Parish of Iberville, 174 So.2d 833.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its decree.

178 So.2d 653

**Gertrude MURRAY, divorced wife of Edwin PELLEGRINI,**

v.

**Leicester McCARTHY.**

No. 47846.

Sept. 30, 1965.

In re: Gertrude Murray, divorced wife of Edwin Pellegrini, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson, 175 So. 2d 410.

Writ refused. We find no error of law in the judgment complained of.